# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　Case No. 1:12cv10
　　　Petitioner

　　　　　　　　　　　　　　　　　　　Barrett, J.; Bowman, M.J.

vs.

MARY ANNE WESSLER,
　　　Respondent.


## ORDER

　　　This case was called on March 19, 2012 for a hearing on an Order to Show Cause why respondent should not be compelled to comply with an IRS summons previously issued and served upon her.

　　　Respondent did not appear.  After testimony by IRS agent Kelly Murphy, the government requested relief as set forth in the Petition To Enforce IRS summons filed February 7, 2012 (Doc. 1).  That relief is GRANTED as follows:

　　　Respondent Mary Anne Wessler is ORDERED to obey the aforementioned summons and each and every requirement thereof by attending, giving testimony and producing books, papers, records or other data as is required and called for by the terms of the summons, all before Revenue Officer Kelly Murphy, or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Kelly Murphy, or any other proper officer or employee of the Internal Revenue Service.

　　　It is further ORDERED that the United States may recover its costs relating to this action, and such other and further relief as is just and proper.

　　　　　　　　　　　　　　　　　　　*/s/ Stephanie K. Bowman*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge