## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,             Case No.1:12cv10

       Petitioner

    vs.

Mary Anne Wessler,

       Respondent.

## ORDER

      On July 17, 2012 Mary Anne Wessler appeared with counsel at a show cause hearing regarding why Respondent Wessler should not be compelled to comply with an IRS summons previously issued and served upon her. Argument was heard.

      It is the ORDER of this Court that Respondent Mary Anne Wessler obey the aforementioned summons by attending, giving testimony, and producing books, papers, records or other data as is required and called for by the terms of the summons, all before Revenue Officer Kelly Murphy, or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Kelly Murphy, or any other proper officer or employee of the Internal Revenue Service, but no later than the close of business July 25, 2012.

                                          /s/ *Stephanie K. Bowman*
                                          United States Magistrate Judge