UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA.,  CASE NO.: 1:12-CV-10

    Petitioner,  Barrett, J.
                                                                                                    Bowman, M.J.

    v.

MARY ANNE WESSLER,

    Respondent.

## OPINION AND ORDER

This matter is before the Court of Petitioner United States of America's Motion to Dismiss.  (Doc. 14).  Petitioner requests that the Court dismiss Petitioner's Complaint in its entirety with prejudice because the Respondent has complied with the summons and Petitioner no longer is in need of testimony, books, papers, records or other date sought by the summons in order to properly investigate the federal tax liability of Respondent for June 30, 2000; September 30, 2000; December 31, 2000; March 31, 2001; June 30, 2001; September 30, 2001; December 31, 2001; March 31, 2002, June 30, 2002; September 30, 2002; December 31, 2002, March 31, 2003; June 30, 2003; September 30, 2003; December 31, 2003; March 31, 2004; June 30, 2004; September 30, 2004; December 31, 2004; March 31, 2005; June 30, 2005; September 30, 2005; December 31, 2005; March 31, 2006; June 30, 2006; September 30, 2006; December 31, 2006; March 31, 2007; June 30, 2007; September 30, 2007; December 31, 2007; March 31, 2008; June 30, 2008, September 30, 2008; December 31, 2008, March 31, 2009; June 30, 2009;

September 30, 2009, December 31, 2009; March 31, 2010; June 30, 2010; September 30, 2010; December 31, 2010, March 31, 2011; and June 30, 2011.

The Court being fully advised of Petitioner's grounds for seeking dismissal of its Complaint with prejudice finds the Motion to Dismiss to be well-taken.  Accordingly, the Motion to Dismiss (Doc. 14) is hereby **GRANTED**.  It is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.  The Clerk is **DIRECTED** to **CLOSE** and **TERMINATE** this case from the docket of the Court.

**IT IS SO ORDERED.**

s/ Michael R. Barrett
Michael R. Barrett, Judge
United States District Court